IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

PRIMERICA LIFE INSURANCE COMPANY                                    PLAINTIFF

V.                                                CIVIL ACTION NO. 4:17CV00048-JMV

SHANNRE D. HARRIS MCKELLOP AND
DUMOND GRIFFIN                                                       DEFENDANTS

## ORDER

Before the Court is the parties' motion [26] for distribution of funds from the registry of the Court. The motion is denied for failure of appropriate service upon the parties. The parties may promptly refile the motion together with either 1) Defendant McKellop's signature on the motion and a certificate of service that reflects service on both parties or 2) a certificate of service that reflects service on both parties.

SO ORDERED this, the 11th day of October, 2017.

/s/ Jane M. Virden
**U. S. MAGISTRATE JUDGE**